```
              UNITED STATES BANKRUPTCY COURT
            FOR THE SOUTHERN DISTRICT OF IOWA
                     EASTERN DIVISION
```

IN THE MATTER OF            )
                            )
                            )   BANKRUPTCY NO. 09-03375
PAMELA SUE JAGER            )
                            )   CHAPTER 13
                            )
                            )   APPLICATION FOR COMPENSATION
                            )
              DEBTOR.       )

Applicant, Penelope C. Souhrada, represents to the Court as follows:

1.  That applicant has acted as attorney for Pamela S. Jager, debtor in the above-entitled proceedings.

2.  That the value and extent of her services are as follows: Examining debtor's financial situation and rendering advice thereon; preparing and filing the Petition, Chapter 13 Statement, Chapter 13 Plan, amended Chapter 13 Plan; representing the debtor at the first meeting of creditors, and all other court hearings in the case, and assisting the debtor in obtaining confirmation of the Plan and in performing under the Plan.

3.  That Applicant has been paid One Thousand dollars and no/100 ($1,000.00) plus the filing fee to date for her services.

4.  That in addition to the above amount, applicant requests the amount of One thousand Four Hundred Thirty-nine Dollars and 29/100 ($1,439.29) for her services and costs.

5.  That all the services for which compensation is herein requested were rendered for and on behalf of the petitioning debtor.

      WHEREFORE, Applicant prays that in addition to the initial payment of One Thousand Dollars ($1,000.00) she be allowed the sum of One Thousand Four Hundred Thirty-nine Dollars and 29/100 ($1,439.29), or such amount as to the Court shall seem reasonable and just, out of said estate, as part of the costs and expenses of administration thereof.

     /s/ Penelope C. Souhrada
**Penelope C. Souhrada – IS 9999795**
**617 Brady Street – Suite #1**
**Davenport, Iowa   52803**
**(563) 322-0455**
**(563) 884-4848 fax**
**psouhrada@gmail.com**

### CERTIFICATE OF SERVICE

    In accordance with Rule 7004 of the Federal Bankruptcy Rules, the undersigned hereby certifies that the Application for Compensation was served either electronically or by U.S. Mail upon the individuals set forth below by placing a copy thereof addressed to said individuals in the United States *mail,* first class mail prepaid, on the 20th day of April, 2010.

     /s/ Jeanne M. Barnett

    **United States Trustee**
    **210 Walnut Street – Suite 517**
    **Des Moines, IA   50309-2108**

    **Albert C. Warford**
    **505 Fifth Avenue**
    **Suite 1020**
    **Des Moines, IA   50309**